UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SUSAN GAGLIANO                                                          PLAINTIFF

v.                         No. 3:16-CV-00216-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's Order.

So ordered this 28th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE