UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SUSAN GAGLIANO                                                                                    PLAINTIFF

V.                                        NO. 3:16-CV-00216-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## ORDER

Before the Court is Plaintiff Susan Gagliano's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 17*. The Commissioner states that it does not object to Plaintiff's request. *Doc.19*.

Plaintiff's attorney, Stephanie Wallace, requests a total award of **$3,008.02** in fees and expenses (representing 1.5 attorney hours at an hourly rate of $193; 11.95 attorney hours at a rate of $196; and 4.75 paralegal hours at a rate of $75; plus expenses of $20.07). The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested award of **$3,008.02** is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *doc. 17*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded **$3,008.02** in fees and expenses under the EAJA.[1]

Dated this 5th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.